No. 75–241. MOITY v. LOUISIANA STATE BAR ASSN. Sup. Ct. La. Certiorari denied. 

No. 75–256. BAXTER v. GEORGIA. Ct. App. Ga. Certiorari denied. 

No. 75–267. STEPHENS v. KENTUCKY. Ct. App. Ky. Certiorari denied. 

No. 75–5001. VICTORIAN v. RODRIGUEZ. C. A. 10th Cir. Certiorari denied.

No. 75–5002. CAMPBELL v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 75–5008. McCOY v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 75–5011. RICON v. GARRISON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied. 

No. 75–5019. POLUS v. UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 75–5034. LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5035. NAPIER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 75–5036. WOOTEN v. UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 75–5039. CANADA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–5040. LONG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.